NOT FOR PUBLICATION WITHOUT THE
 APPROVAL OF THE APPELLATE DIVISION
 This opinion shall not "constitute precedent or be binding upon any court."
 Although it is posted on the internet, this opinion is binding only on the
 parties in the case and its use in other cases is limited. R. 1:36-3.

 SUPERIOR COURT OF NEW JERSEY
 APPELLATE DIVISION
 DOCKET NO. A-5528-15T1
 A-5529-15T1

HENRY SAMINSKI,

 Plaintiff-Appellant,

v.

KATHLEEN NEVILLE, ZONING
OFFICIAL OF THE TOWN OF
WESTFIELD, GENTEMP, LLC,
d/b/a BUONTEMPO HOMES, LLC,
JOSEPH BUONTEMPO, STEVEN
BUONTEMPO, GUARRIELLO & DEC
ASSOCIATES, LLC, and
EDWARD S. DEC,

 Defendants-Respondents.
__________________________________

HENRY SAMINSKI,

 Plaintiff-Appellant,

v.

WESTFIELD ZONING BOARD OF
ADJUSTMENT and VINCENT K.
LOUGHLIN, ESQ.,

 Defendants-Respondents.
__________________________________

 Submitted November 6, 2017 – Decided November 21, 2017

 Before Judges Sabatino, Ostrer and Whipple.
 On appeal from the Superior Court of New
 Jersey, Law Division, Union County, Docket
 Nos. L-2734-14 and L-0049-15.

 Saminski Rodriguez Law Group, LLC, attorneys
 for appellant (William Rodriguez, on the
 briefs).

 Finestein & Malloy, LLC, attorneys for
 respondent Kathleen Neville, Zoning Official
 of the Town of Westfield (Daniel L. Finestein,
 on the brief).

 Brach Eichler, LLC, attorneys for respondents
 Buontempo Homes, LLC, Gentemp, LLC, Steven
 Buontempo and Joseph Buontempo (Keith J.
 Roberts, of counsel and on the brief; Richard
 B. Robins, on the brief).

 Palumbo, Renaud & DeAppolonio, LLC, attorneys
 for respondents Edward S. Dec and Guariello &
 Dec Associates, LLC (Catherine M. DeAppolonio,
 on the brief).

 Vincent K. Loughlin, respondent pro se and
 attorney for respondent Westfield Zoning Board
 of Adjustment.

PER CURIAM

 These matters having been amicably adjusted and the parties

having stipulated to the dismissal of these appeals, it is hereby

ordered that the appeals are dismissed with prejudice and without

costs.

 2 A-5528-15T1